ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON PLACE HOMEOWNERS' ASSOCIATION; 9060 BOSTON SPRINGS TRUST; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00475-RFB-GWF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT 9060 BOSTON SPRINGS TRUST BY PUBLICATION AND ORDER ENLARGING TIME FOR SERVICE OF PROCESS** |

The matter is before the Court on Plaintiff Bank of America's motion for order authorizing service of summons and complaint upon defendant 9060 Boston Springs Trust (**Boston Springs**) by publication and order enlarging time for service of process (ECF No. 15).

Upon review of the pleadings, declarations and evidence presented, and it appears to the satisfaction of the court, and the court finds, that:

(1) Plaintiff BANA has a valid cause of action against Defendant Boston Springs;
(2) Defendant Boston Springs is a necessary and proper party;
(3) That NRCP 4(e) provides for publication of the Summons and Complaint under the circumstances;

{38414545;1}                                                    1

(4) That the Nevada Legal News is a newspaper of general circulation published in Clark County, State of Nevada;

(5) The plaintiff has diligently attempted to serve defendant Boston Springs within the State of Nevada;

(6) That there is good cause to extend the time for service of the Summons and Cross-Claim upon defendant Boston Springs for an additional sixty (60) days.

IT IS HEREBY ORDERED that the Summons and Complaint in this suit be served on defendant Boston Springs herein by publication thereof in the above-named newspaper and that the publication be made for a period of four (4) weeks and at least once per week;

IT IS FURTHER ORDERED that the time for service of the Summons and Complaint upon defendant Boston Springs is extended for an additional sixty (60) days through and including August 8, 2016.

DATED: June 9, 2016

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

{38414545;1}                           2