DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
            jason.zummo@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON PLACE HOMEOWNERS' ASSOCIATION; 9060 BOSTON SPRINGS TRUST; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00475-RFB-GWF<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A Successor by merger to BAC Home Loans Servicing, LP, F/K/A Countrywide Home Loans Servicing, LP,(**BANA**) hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

///

///

///

///

{40601454;1}

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and JASON J. ZUMMO, ESQ. receive all future notices.

Respectfully submitted, this 17th day of February, 2017.

               **AKERMAN LLP**

               /s/ *Jason J. Zummo, Esq.*
               DARREN T. BRENNER , ESQ.
               Nevada Bar No. 8386
               JASON J. ZUMMO, ESQ.
               Nevada Bar No. 13995
               1160 Town Center Drive, Suite 330
               Las Vegas, Nevada 89144

### COURT APPROVAL

IT IS SO ORDERED.

Date: February 21, 2017

               _____
               UNITED STATES MAGISTRATE JUDGE

{40601454;1}    1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| | |
|---|---|
| Edward D. Boyack, Esq.<br>**BOYACK ORME & TAYLOR**<br>401 N. Buffalo Drive, Suite #202<br>Las Vegas, Nevada 89145<br>*Attorney for Defendant Remington Place Homeowners' Association* | Shane D. Cox, Esq.<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br>*Attorney for Defendant Absolute Collection Services, LLC* |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40601454;1}   2