DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
           jason.zummo@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON PLACE HOMEOWNERS' ASSOCIATION; 9060 BOSTON SPRINGS TRUST; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00475-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 20]** |

Pursuant to LR 6-1 and 7-1, Plaintiff Bank of America, N.A. ("BANA") and Defendants Remington Place Homeowners' Association, 9060 Boston Springs Trust, and Absolute Collection Services, LLC agree and stipulate to extend the deadline for BANA to file a reply in support of its Motion for Summary Judgment [ECF No. 20] to **April 3, 2017**.  An extension is necessary to allow all Defendants time to respond to BANA's motion.[1]

/ / /

/ / /

/ / /

---

[1] *See* ECF No. 24, Order Granting Stipulation for Extension of Time (First Request) to Answer/Respond re 1 Complaint, and Respond/Reply re 20 Motion for Summary Judgment. 9060 Boston Springs Trust answer due 3/17/2017. Responses due by 3/17/2017. Replies due by 4/3/2017.

{40839114;1} 1

This is the first request related to BANA's reply and the extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED February 17, 2017

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| /s/ *Jason Zummo* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Jason J. Zummo, Esq. <br> Nevada Bar No. 13995 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff* | /s/ *Kelley Blatnik* <br> Edward D. Boyack, Esq. <br> Nevada Bar No. 5229 <br> Kelley Blatnik, Esq. (of counsel) <br> Nevada Bar No. 12768 <br> 401 N. Buffalo Drive, Suite 202 <br> Las Vegas, Nevada 89145 <br> *Attorney for Defendant Remington Place Homeowners' Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC** | **MAIER GUTIERREZ AYON** |
| /s/ *Shane Cox* <br> Shane D. Cox, Esq. <br> Nevada Bar No. <br> 8440 W. Lake Mead Blvd., Suite 210 <br> Las Vegas, Nevada 89128 <br> *Attorney for Defendant Absolute Collection Services, LLC* | /s/ *Stephen Clough* <br> Stephen G. Clough, Esq. <br> Nevada Bar No. <br> 8816 Spanish Ridge Avenue <br> Las Vegas, NV 89148 <br> *Attorney for Defendant 9060 Boston Springs Trust* |

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED: February 21, 2017.