DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
          jason.zummo@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br> vs. <br><br> REMINGTON PLACE HOMEOWNERS' ASSOCIATION; 9060 BOSTON SPRINGS TRUST; and ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00475-RFB-GWF <br><br> **NOTICE OF DISASSOCIATION** |

Bank of America, N.A Successor by merger to BAC Home Loans Servicing, LP, F/K/A Countrywide Home Loans Servicing, LP,(**BANA**) hereby provides notice Miles Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Mr. Clark be removed from the CM/ECF service list.

///
///
///
///
///
///
///

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{40957778;1}

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and JASON J. ZUMMO, ESQ. receive all future notices.

Respectfully submitted, this 23rd day of February, 2017.

AKERMAN LLP

/s/ Jason J. Zummo, Esq.
DARREN T. BRENNER , ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO,  ESQ.
Nevada Bar No. 13995
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

## COURT APPROVAL

IT IS SO ORDERED.

Date: February 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

Edward D. Boyack, Esq.
**BOYACK ORME & TAYLOR**
401 N. Buffalo Drive, Suite #202
Las Vegas, Nevada 89145
*Attorney for Defendant Remington*
*Place Homeowners' Association*

Shane D. Cox, Esq.
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
*Attorney for Defendant Absolute Collection*
*Services, LLC*

*/s/ Renee Livingston*
An employee of AKERMAN LLP

---

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{40957778;1}

2