1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6         scott.lachman@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON PLACE HOMEOWNERS' ASSOCIATION; 9060 BOSTON SPRINGS TRUST; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00475-RFB-GWF<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| 9060 BOSTON SPRINGS TRUST, by and through trustee Kenneth Berberich,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Counter-defendant. | |

Plaintiff and counter-defendant Bank of America, N.A, successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Services, LP (**BANA**) provide notice Brett Coombs and Jason Zummo are no longer associated with the law firm of Akerman LLP.

///

///

1

48594363;1

BANA requests Mr. Coombs and Mr. Zummo be removed from the CM/ECF service list.

DATED April 12, 2019

**AKERMAN LLP**

*/s/ Scott R. Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 15, 2019

48594363;1