DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON PLACE HOMEOWNERS' ASSOCIATION; 9060 BOSTON SPRINGS TRUST; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00475-RFB-GWF<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| 9060 BOSTON SPRINGS TRUST, by and through trustee Kenneth Berberich,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Counter-defendant. | |

Plaintiff and counter-defendant Bank of America, N.A, successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Services, LP provides notice that Thera A. Cooper, is no longer associated with the law firm of Akerman LLP.

///

///

1

48607386;1

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. . All including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Scott. Lachman, Esq.

Respectfully submitted, this 15th day of April, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: April 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

2

48607386;1